1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  THERESA P.,[1]

12                                          Plaintiff,

13  v.

14  FRANK J. BISIGNANO, Commissioner
    of Social Security,[2]

15

16                                          Defendant.

Case No.:  24-cv-0100-AJB-DDL

**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF**

17          On January 16, 2024, Plaintiff Theresa P. ("Plaintiff") filed a complaint pursuant

18  to 42 U.S.C. § 405(g), seeking judicial review of the Commissioner of Social Security's

19  (the "Commissioner's") denial of her application for Social Security Disability Insurance

20  benefits. (Doc. No. 1.) On June 7, 2024, Plaintiff filed her merits brief. (Doc. No. 10.) The

21  Commissioner filed an opposition on July 29, 2024 (Doc. No. 14), and Plaintiff replied on

22  August 12, 2024. (Doc. No. 15). On January 29, 2025, Magistrate Judge David D. Leshner

23  issued a Report and Recommendation ("R&R"). (Doc. No. 16.) The R&R recommended

24

25

26  [1] Pursuant to Civil Local Rule 7.1(e)(6)(b), "[o]pinions by the Court in [Social Security cases under 42 U.S.C. § 405(g)] will refer to any non-government parties by using only their first name and last initial."

27

28  [2] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Frank Bisignano may be substituted as the defendant in this action pursuant to 42 U.S.C. § 405(g).

granting Plaintiff's merits brief and remanding the matter back to the Commissioner for further administrative proceedings. (*Id.*) The parties were instructed to file any written objections to the R&R no later than February 13, 2025, and replies no later than February 20, 2025. (*Id.*) No objections were filed. On February 24, 2025, the Court adopted the R&R and remanded the case back to the Commissioner for further review pursuant to 42 U.S.C. § 405(g). (Doc. No. 17.) Consistent with the Court's February 24, 2025 Order (*see id.*), the Clerk of Court is instructed to enter judgment in Plaintiff's favor.

      **IT IS SO ORDERED**.

Dated:  August 19, 2025

Hon. Anthony J. Battaglia
United States District Judge

24-cv-0100-AJB-DDL